IN THE UNITED STATE BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE - OPELOUSAS DIVISION

IN RE:  DANIELLA S. PEROSSIER                                    Case No. 07-51386

**TRANSMITTAL OF UNCLAIMED FUNDS**

ELIZABETH G. ANDRUS, Trustee of this estate, reports the following:

(1) Final distribution has been made in this case.  The following creditor(s) was/were entitled to funds:

| NAME AND ADDRESS: | AMOUNT OF PAYMENT: |
|---|---|
| World Finance Corporation<br>505 East Allison Drive, Suite 5<br>Jennings LA 70546 | $440.10 |

(2) The distribution checks to the above creditors were not presented for payment within ninety (90) days, consequently; the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U.S. Bankruptcy Code Section 347(a).

(3)  A check made payable to the Clerk, U.S. Bankruptcy Court, in the amount of $440.10 representing the value of said funds is attached hereto.

Lafayette, Louisiana this  8th   day of December      , 2009.

/s/ Elizabeth G. Andrus
ELIZABETH G. ANDRUS, TRUSTEE
345 Doucet Road, Suite 233
Lafayette, Louisiana 70503-3490
Telephone:  (337) 981-3858